

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW          125 BROAD STREET, NEW YORK, 10004   TEL 123 456-1920   FAX 123 456-1234   WWW.HERZFELD-RUBIN.COM

May 7, 2012

Brian T. Carr
Direct Line: (212) 471-8466
bcarr@herzfeld-rubin.com

**By ECF**
Gerald P. Lepp
ADR Administrator
United States District Court
Eastern District of New York

      Re:    Blanca Lucero, Sujeirit Tavarez and Fanny Pina
             v. Eastern Wholesale Fence, Augosto Romo and Paul DeGennaro
             Index No. 12-cv-00459(MKB)(RER)

Dear Mr. Lepp:

      This case was referred to mediation by Order of Magistrate Judge Ramon E. Reyes, Jr. dated April 23, 2012. Pursuant to that order and the rules relating to mediation, the parties have selected Vivien Shelanski as the mediator in this matter. The mediation will take place at the mediator's office and will be conducted during the week of June 11, 2012. We have not yet been able to confirm a specific date for the mediation, but all parties have indicated that that week is available.

                                      Respectfully submitted,

                                      Brian T. Carr

BTC:mb

| HERZFELD & RUBIN, P.C. | CHASE KURSHAN HERZFELD & RUBIN, LLC | HERZFELD & RUBIN, LLP | RUBIN MEYER DORU & TRANDAFIR |
|---|---|---|---|
| 1225 FRANKLIN AVE, SUITE 315 | 354 EISENHOWER PARKWAY, SUITE 1100 | 1925 CENTURY PARK EAST | SOCIETATE CIVILA DE AVOCATI |
| GARDEN CITY, NY 11530 | LIVINGSTON, NJ 07039-1022 | LOS ANGELES, CA 90067 | 7. STRADA PUTUL CU PLOPI |
| TELEPHONE: 212-471-3231 | TELEPHONE: 973-535-8840 | TELEPHONE: 310-553-0451 | BUCHAREST I, ROMANIA |
| FAX: 212-471-3230 | FAX: 973-535-8840 | FAX: 310-553-0451 | TELEPHONE: (40) (21) 311-1460 |
|  |  |  | FAX: (40) (21) 311-1465 |