

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW    125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

May 18, 2012

**Brian T. Carr**
Direct Line: (212) 471-8466
bcarr@herzfeld-rubin.com

**By ECF**
Gerald P. Lepp
ADR Administrator
United States District Court
Eastern District of New York

Re:   Blanca Lucero, Sujeirit Tavarez and Fanny Pina
      v. Eastern Wholesale Fence, Augusto Romo and Paul DeGennaro
      Index No. 12-cv-00459(MKB)(RER)

Dear Mr. Lepp:

Although the parties had previously agreed to retain Vivien Shelanski as the mediator in this matter, Ms. Shelanski was not available to take this case. The parties have therefore designated Virginia Futterman as mediator and we have schedule the mediation to take place at 10 am on July 10, 2012 at Ms. Futterman's offices.

Respectfully submitted,

Brian T. Carr

BTC:mb

cc:   Virginia Futterman, Esq.

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST I, ROMANIA
TELEPHONE: (40) (21) 311-1460